JANET M. HEROLD, Regional Solicitor
SUSAN SELETSKY, Counsel for FLSA
ANDREW J. SCHULTZ, Trial Attorney
email: schultz.andrew@dol.gov
California State Bar Number 237231
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7745
Facsimile: (415) 625-7772

Attorneys for Plaintiff, Thomas E. Perez, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>           Plaintiff,<br>   v.<br><br>A CAB LLC, a Nevada Limited Liability Company,<br>CREIGHTON J. NADY, an individual,<br><br>           Defendants. | Docket No.: 2:14-cv-1615<br><br>COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT |

1. Plaintiff, **THOMAS E. PEREZ**, Secretary of Labor, United States Department of Labor, brings this action to enjoin defendants **A CAB LLC,** as a

1

Nevada Limited Liability Company, **CREIGHTON J. NADY,** as an individual, from violating the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201-219, hereinafter called the Act, pursuant to section 17 of the Act, 29 U.S.C. § 217; and to recover unpaid minimum wage compensation owing to defendants' employees, together with an equal amount as liquidated damages, pursuant to section 16(c) of the Act, 29 U.S.C. § 216(c).

2. Jurisdiction of this action is conferred upon the Court by sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216(c) and 217, and 28 U.S.C. §§ 1331 and 1345.

3. Venue lies in the United States District Court, District of Nevada, Southern Division, pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claim occurred in Las Vegas, Nevada.

4. (a) Defendant, **A CAB LLC**, is and at all times hereinafter mentioned was a corporation with an office and a place of business at 1500 Searles Avenue, Las Vegas, Nevada, 89101, within the jurisdiction of this Court, and is and at all times hereinafter mentioned was engaged in the operation of a taxicab business.

(b) Defendant, **CREIGHTON J. NADY**, an individual, at all times hereinafter mentioned acted directly or indirectly in the interest of **A CAB LLC**, in relation to its employees, by setting wages, hours, record keeping procedures, and hiring and firing such employees.

5. Defendant **A CAB LLC**, is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter

2

1  mentioned was an enterprise within the meaning of section 3(r) of the Act, 29
2  U.S.C. § 203(r).
3      6.   Defendant **A CAB LLC,** is and at all times hereinafter mentioned was
4  an enterprise engaged in commerce or in the production of goods for commerce
5  within the meaning of sections 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A), in
6  that said enterprise at all times hereinafter mentioned had employees engaged in
7  commerce or in the production of goods for commerce, or employees handling,
8  selling, or otherwise working on goods or materials that have been moved in or
9  produced for commerce by any person and in that said enterprise has and has had
10 an annual gross volume of sales made or business done of not less than $500,000.
11     7.   Defendants have willfully and repeatedly violated, and continue to
12 violate, the provisions of sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and
13 215(a)(2), by paying many of their employees wages at rates less than the
14 applicable federal minimum wage in workweeks when said employees were
15 engaged in commerce and in the production of goods for commerce or were
16 employed in an enterprise engaged in commerce or in the production of goods for
17 commerce, within the meaning of the Act, as aforesaid.
18     8.   Defendants, employers subject to the provisions of the Act, repeatedly
19 have violated, and continue to violate the provisions of sections 11(c) and 15(a)(5)
20 of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), in that they failed to make, keep,
21 and preserve adequate and accurate records of all employees and the wages, hours
22 and other conditions and practices of employment maintained by them as
23 prescribed by regulations duly issued pursuant to authority granted in the Act and
24 found in 29 C.F.R. § 516, in that the defendants did not maintain and preserve
25 records for at least one employee and/or such records fail to show adequately and

accurately, among other things, the hours worked each workday and the total hours worked each workweek, thereby depriving, interfering and impeding the ability of the employees, and derivatively the Secretary, to detect, identify and have notice of the underpayment of minimum wages due under the Act.

9. During the relevant statutory period and thereafter, defendants have willfully and repeatedly violated, and continue to violate, the aforesaid provisions of the Act. A judgment which enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid minimum wage and overtime compensation found by the court to be due to present and former employees under the Act is expressly authorized by section 17 of the Act, 29 U.S.C. § 217.

**WHEREFORE**, cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a) For an Order pursuant to section 17 of the Act, 29 U.S.C. § 217, permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act, 29 U.S.C. § 215; and

(b) For an Order

(1) pursuant to section 16(c) of the Act, 29 U.S.C. § 216(c), finding defendants liable for minimum wage compensation due defendants' employees and for liquidated damages equal in amount to the unpaid minimum wage compensation found due defendants' employees, including those listed in the attached Exhibit A (additional back wages and liquidated damages may be owed to

certain employees presently unknown to plaintiff for the period covered by this complaint);

   (2) In the event liquidated damages are not awarded, pursuant to section 17 of the Act, 29 U.S.C. § 217, enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants, from withholding payment of unpaid back wages found to be due defendants' employees, and pre-judgment interest at an appropriate interest rate; and

  (c) For an Order awarding plaintiff the costs of this action; and

  (d) For an Order granting such other and further relief as may be necessary or appropriate,

Dated:  October 1, 2014

            M. PATRICIA SMITH
            Solicitor of Labor

            JANET M. HEROLD
            Regional Solicitor

            SUSAN SELETSKY
            FLSA Counsel

            *By: /s/ Andrew J. Schultz*
            ANDREW J. SCHULTZ
            Trial Attorney

            UNITED STATES
            DEPARTMENT OF LABOR
            Attorneys for the Plaintiff

EXHIBIT A

# **NAME**

**Abdella, Juhar M**
**Abebe, Tamrat**
**Abraha, Tesfalem B**
**Abuel, Alan B**
**Abuhay, Fasil M**
**Acosta, Lorrie F**
**Adamian, Robert**
**Adams, Michael J**
**Adamson, Nicole K**
**Agacevic, Ibnel**
**Ahmed, Ahmed A**
**Alemayhu, Tewodros D**
**Alexander, Darvious N**
**Ali, Abraham A**
**Allen, Otis L**
**Alnaif, Abdul S**
**Altamura, Vincent T**
**Alves, Mary A**
**Ameha, Samuale B**
**Anastasio, James**
**Anderson, Jason E**
**Anderson, Roosevelt A**
**Anif, Janeid M**
**Appel, Howard J**
**Applegate, Angela M**
**Arar, Isam K**
**Arell, Roger D**
**Arellano, Miguel A**
**Arnwine, Howard B**
**Asad, Tassawar A**
**Aseffa, Mulubahan Z**

EXHIBIT A

**Assena, Zenebech K**
**Atanasov, Nikolay P**
**Atterbury, Joseph A**
**Aurich, Juan P**
**Awalom, Alemayehu G**
**Azzouay, El Houcine**
**Baca-Paez, Sergio A**
**Baker, Timothy J**
**Bakhtiari, Marco L**
**Barbu, Ion D**
**Bardo, Timothy F**
**Barich, Edward C**
**Barnes, Benjamin**
**Barr, Kenneth W**
**Barrett, Jon A**
**Barseghyan, Artur**
**Bartunek, Johnny W**
**Batista, Eugenio L**
**Bellegarde, Josue**
**Benel, Christian E**
**Bey, Ronald A**
**Bialorucki, Richard M**
**Black, Burton J**
**Blanco, Mario L**
**Blanusa, Zeljko**
**Boling, Freddy D**
**Borges, Antonio G**
**Borja, Virginia**
**Bowen, Christopher T**
**Bozic, Nebojsa**
**Bradley, Leroy V**
**Brauchle, Michael**
**Brimhall, Tracy L**
**Brisco, Allen L**
**Briski, Louis**

EXHIBIT A

**Brown, Maurice**
**Buergey, Christopher M**
**Butler, Bonnie J**
**Caldwell Jr., Paul M**
**Calise, Domenic R**
**Cancio-Betancourt, Rene S**
**Carr, Jamaal C**
**Casiello, Anthony R**
**Catoggio, Alfred T**
**Caymite, Luc**
**Chang, Yun-Yu**
**Chasteen, Jeffrey T**
**Chatrizeh, Shahin**
**Chau, Phi V**
**Chico, David**
**Choudhary, Krishna M**
**Christensen, Rosa L**
**Christodoulou, Panos**
**Cohoon, Thomas S**
**Coizeau, Leonardo R**
**Collier, Ella R**
**Collins, Donald V**
**Collins, Lincoln**
**Coney-Cummings, Keisha T**
**Conway, James H**
**Costello, Brad**
**Craddock, Charles P**
**Crawford, Darryl W**
**Daniels, Donald W**
**Daniels, Katherine A**
**Danielsen, Danny**
**D'Arcy, Timothy C**
**Davis, Bradley C**
**Deguzman, Fermin B**
**Deguzman, Leloi S**

EXHIBIT A

**DeMarco, William J**
**Deocampo, Michael M**
**Desta, Fissehaye S**
**Diaz, Aiser L**
**Dibaba, Desta T**
**Diemoz, Ernest D**
**Dillard, Corey L**
**Dinok, Ildiko**
**Disbrow, Ronald L**
**Dobszewicz, Gary S**
**Donahoe, Stephen L**
**Dontchev, Nedeltcho**
**Dotson, Contessa R**
**Dotson, Eugene B**
**Draper, Ivan L**
**Dudek, Anthony R**
**Durey, Robert J**
**Durtschi, Jeffrey**
**Edwards, Jeffrey A**
**Egan, Joseph W**
**Ekoue, Ayi**
**Ellis, Charles C**
**Emling, Paul E**
**Ernst, William L**
**Eshaghi, Mohammad**
**Estrada, Michael S**
**Evans, Pamela D**
**Fadlallah, Michel J**
**Farah, Yohannes M**
**Fears, Thomas A**
**Feleke, Melak M**
**Fesehazion, Teabe**
**Filfel, Kamal A**
**Fleming, Gary G**
**Frankenberger, Grant R**

EXHIBIT A

**Furst III, James P**
**Garcia, John E**
**Garcia, Miguel B**
**Gardea, Alfred E**
**Gared, Yaekob G**
**Garras, Bill G**
**Gaumond, Gerard J**
**Gebrayes, Henock L**
**Gebremariam, Meley A**
**Gebreyes, Fanuel H**
**Gelane, Samuel G**
**Ghori, Azhar**
**Gianopoulos, Samuel N**
**Gillett, David C**
**Gilmore, Paula J**
**Gleason, John T**
**Glogovac, Goran**
**Godsey, Kelly L**
**Golden, Theresa M**
**Golla, Dawit A**
**Gomez-Gomez, Arlene R**
**Gonzalez, Luis A**
**Gonzalez, Ramon**
**Goolsby, Victor**
**Grafton, Natasha D**
**Gray, Gary D**
**Green, Tony D**
**Greever, Rickey E**
**Gross, Timothy S**
**Guil, Inessa**
**Guinan, William J**
**Gyuro, John H**
**Habtom, Ermias**
**Hadley, Aaron S**
**Haigh III, Walter E**

EXHIBIT A

**Hanna, Christopher S**
**Hansen, Jordan Z**
**Haralambov, Valko G**
**Harms, Michael**
**Harrell, Mark K**
**Harris III, Reggie W**
**Harris, Dennis R**
**Harris, Jason B**
**Harris, Jay L**
**Harun, Idris Y**
**Hasen, Akmel W**
**Haskell, William L**
**Hays, Larry M**
**Herbert, Christopher L**
**Herga, Ryan A**
**Hinks, Dana**
**Holcomb, Dalton E**
**Holler, Alfonso**
**Hollis, James L**
**Holt, John R**
**Hooper, Donald L**
**Hoschouer, Christina A**
**Hughes, Jerry**
**Hunter, James A**
**Huntington, Walter D**
**Hurd, Donald P**
**Hurley, Robert A**
**Hurtado, Hubert B**
**Hussien, Leykun E**
**Inman, Christopher W**
**Ivey, Timothy**
**Jackson, Frederick D**
**Jackson, Willie J**
**Jarmosco, John J**
**Jelancic, Vladko**

EXHIBIT A

**Jellison, Charles S
Jimenez, Michael J
Johnson, Kennard T
Johnson, Richard B
Johnson, Rodney L
Jones, Glenn O
Joseph, Leroy A
Kaiyoorawongs, Chaipan
Kang, Chong
Kang, Dae Ik
Kaplon, Mark S
Karner, Adam M
Keba, Woldmarim G
Kenary, Brian T
Kennerly, Bridgett N
Kern, Gary F
Key, Roy F
King Jr., John
Klein, Phillip N
Knight, Tyree D
Kogan, Martin J
Krouse, Stephen P
Kunik, Robert
Laico, Paul T
Lantis, Glen
Leacock, Brian
Leal, Jill I
Lee, Thomas J
Legesse, Dereje G
Ligus, Thomas J
Link, Peter J
Linn, Ronald M
Linzer, Steven A
Little, Dennis P
Lonbani, Khosro D**

EXHIBIT A

**Lovelady, Warren S**
**Lovin, Charles E**
**Lydick, Chip S**
**Macato, Jaime L**
**Magana, Luis Antonio**
**Magazin, Milorad**
**Mahoney, Kevin J**
**Mainwaring, David C**
**Majors, John N**
**Manor, Quincy A**
**Maras, Maria M**
**Martinez-Ramirez, Eduardo**
**Mastrio, Angelo M**
**Maza, Inez E**
**McCarter, Patrick E**
**McCarthy, John L**
**McConnell, Therral R**
**McCoubrey, Earl E**
**McGowan, Sean**
**McGregor, Matthew E**
**McLandaum, Antonio O**
**McNeece, James J**
**Medina, Taurean S**
**Mekonen, Solomon**
**Melesse, Abebe B**
**Meloro, Paul M**
**Mengesha, Alemayehu**
**Menocal, Pedro P**
**Mezzenasco, Pedro J**
**Milliron, Darrol Q**
**Mindyas, James B**
**Mirkulovski, Danny**
**Mitrikov, Ilko I**
**Mogeeth, Ehab K**
**Monforte II, Peter R**

EXHIBIT A

**Monteagudo, Oscar C
Montoya, Francisco J
Moore, Aileen L
Moore, Jerry
Moreno, James M
Moretti, Bryan J
Morley, David L
Morris, Robert
Morris, Thomas J
Mostafa, Ahmed M
Murawski, Richard F
Murray, Mark A
Murray, Michael P
Nazarov, Mikael A
Ndichu, Simon K
Negashe, Legesse M
Netrayana, Kanchalee
Newell, John D
Ngo, Tuan T
Nichols, Keith
Nigussie, Gulilat T
Norberg, Christopher R
Norvell, Chris D
Ocampo, Leonardo O
Ogbazghi, Dawit
Ohlson, Ryan E
Olen, Virginia F
Oliveros, Mario
Ontura, Tesfalem B
O'Shea, Kevin M
Osterman, Victor L
Overson, Michael T
Oyebade, Vincent O
Ozgulgec, Tunc
Pak, Sam U**

EXHIBIT A

**Pariso, David J
Parker, Shawnette M
Paros, Nicholas
Patry, Michael J
Pearson, Jon C
Penera, Eric S
Perrotti, Dominic W
Peterson, Kenneth C
Peterson, Steven A
Petrossian, Robert
Phonesavanh, Paul
Pilkington, Margaret A
Pitts, Amir G
Platania, John A
Pletz, David E
Pohl, Daniel
Portillo, Mario E
Presnall, Darryl L
Price, Allen D
Price, James L
Prifti, Ilia K
Purdue, Robert H
Pyles, Joseph P
Ramirez, Erney M
Rasheed, Willie A
Ray, William A
Reid, Marvin D
Relopez, Craig M
Reno, Michael A
Rivas, Victor M
Roach, Jayson R
Roberson, Ronnie
Roberts, James
Robles, Mark A
Rockett Jr., Roosevelt**

EXHIBIT A

**Rohlas, Polly A
Romano, Anthony L
Romero, Ruben J
Rosenthal, John S
Ross, Larry W
Rothenberg, Edward L
Rotich, Emertha
Rousseau, James R
Ruby, Melissa F
Ruiz, Travis C
Russell, Darrell L
Saevitz, Neil R
Salameh, George S
Saleh, Jemal
Sampson, James M
Sanders, Acy
Saravanos, John T
Sayed, Jamil A
Schoeb, Kirk C
Schroeder, William L
Schwartz, George H
Schwartz, Steven
Sedgwick, Anthony A
Serio, John A
Serrano, Hector N
Sevillet, Otto E
Sexner, Alexis L
Shallufa, Azmy
Shein, Efraim
Sherman, Jason C
Shinn, Kevin H
Shoyombo, Rilwan O
Siasat, Manuel N
Siegel, Jeffrey M
Siljak, Lidija**

EXHIBIT A

**Siljkovic, Becir**
**Simmons, John D**
**Sinay, Abraham**
**Singh, Baldev**
**Sitotaw, Haileab T**
**Smale, Charles J**
**Smith Jr., Willie**
**Smith, Jepthy L**
**Smith, Lisa**
**Smith, Lottie M**
**Smith, Robert J**
**Solis, Brigido D**
**Sorbi, Nina F**
**Soree, Mladen V**
**Sorrosa-Paulin, Juan**
**Soto, Jacob D**
**Soto, Johnny**
**Sparks, Cody J**
**Spaulding, Ross X**
**Spilmon, Mark A**
**Springer, Marvin L**
**Stauff, John E**
**Stayton, William P**
**Steck, Gregory C**
**Stern, Robert H**
**Stevenson, John F**
**Stockton, Clarence W**
**Stonebreaker, Dawn M**
**Talley, George A**
**Tarragano, Stephen G**
**Terry, James J**
**Thomas, Scott R**
**Thompson, Glen R**
**Thompson, Michael B**
**Ticheste, Biserot G**

EXHIBIT A

**Travis, Brian T**
**Tucker, Kenlon A**
**Tullao, Isaac T**
**Tyler, Christopher M**
**Ullah, Mohammad H**
**Urban, David**
**Urbanski, Anthony**
**Valdes, Lazaro R**
**Vanluven, RJ**
**Vences, Alfredo B**
**Viado, Ramon S**
**Villegas, Gene L**
**Vongthep, Christopher**
**Wagg, John M**
**Wakeel, Daud I**
**Wallace, James S**
**Wallace, Roy L**
**Warner, Terrance O**
**Weaver, Gerie L**
**Webb, Ricky**
**Weiss, Matthew B**
**Welborn, Paul M**
**Weldu, Berhane G**
**Welzbacher, Daniel R**
**Williams, Danny H**
**Wilson Jr., Mose**
**Wolde, Hailemariam G**
**Woldeghebriel, Berhane H**
**Wondired, Eshetu D**
**Wong, Jorge S**
**Woodall, Charles E**
**Wright, Edward T**
**Yabut, Gerry C**
**Yamaguchi, Alicia C**
**Yepiz-Patron, Ubaldo**

EXHIBIT A

**Yesayan, Razmik**
**Yihdego, Abdulkadir M**
**Yimer, Yidersal Z**
**Younes, Ahmed**
**Zabadneh, Randa**
**Zafar, John A**
**Zawoudie, Masfen B**
**Zeleke, Abraham A**
**Zhen, Yong Q**